IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**ADAM HILL**                                                                          **PLAINTIFF**
**ADC #601559**

v.                  No: 4:23-cv-01141-KGB-PSH

**DEXTER PAYNE,** *et al.*                                    **DEFENDANTS**

## PROPOSED FINDINGS AND PARTIAL RECOMMENDATION

### INSTRUCTIONS

The following partial Recommendation has been sent to Chief United States District Judge Kristine G. Baker. You may file written objections to all or part of this Recommendation. If you do so, those objections must: (1) specifically explain the factual and/or legal basis for your objection, and (2) be received by the Clerk of this Court within fourteen (14) days of this Recommendation. By not objecting, you may waive the right to appeal questions of fact.

### DISPOSITION

Plaintiff Adam Hill, an inmate at the Arkansas Division of Correction's Tucker Unit, filed a *pro se* complaint pursuant to 42 U.S.C. § 1983 on November 29, 2023 (Doc. No. 2). Hill was granted leave to proceed *in forma pauperis* ("IFP") and service was ordered on the defendants named in Hill's First Amended Complaint. *See* Doc. Nos. 10 & 23. On May 21, 2024, a summons was returned

unexecuted as to separate defendant Rory Griffin, indicating that he was deceased. *See* Doc. No. 59.  This returned summons was sent to Hill at his address of record by the Court.  On September 12, 2024, Hill filed a notice stating that Griffin is deceased and "naturally he is no longer a defendant."[1]  Doc. No. 69.  The Court construes Hill's notice as a motion to voluntarily dismiss Griffin and recommends it be GRANTED.  Hill's claims against defendant Griffin should be dismissed without prejudice.  *See* Fed. R. Civ. P. 41(a).

    IT IS SO RECOMMENDED this 13th day of September, 2024.

_____
UNITED STATES MAGISTRATE JUDGE

---

[1] Hill does not indicate that he wishes to substitute any other defendant for Griffin. According to Federal Rule of Civil Procedure 25(a)(1), "[i]f a party dies and the claim is not extinguished, the court may order substitution of the proper party.  A motion for substitution may be made by any party . . . within 90 days after service of a statement noting the death."